PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:17-cr-00106-DAD-BAM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| vs. | |
| RICHARD OLIVERO IV, | Date: July 31, 2017 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for May 22, 2017, at 1:00 p.m. before the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge, may be vacated and a change of plea hearing may be set for July 31, 2017, at 10:00 a.m. before the Honorable Dale A. Drozd, U.S. District Judge. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: May 17, 2017               By:     /s/ *Ross Pearson*
                                          ROSS PEARSON
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


DATED: May 17, 2017               By:     /s/ *Anthony Robusto*
                                          ANTHONY ROBUSTO
                                          Attorney for Defendant
                                          RICHARD OLIVERO IV

## **O R D E R**

IT IS SO ORDERED THAT the 1st Status Conference on May 22, 2017 at 1:00 p.m. before Judge McAuliffe is Vacated. A Change of Plea hearing is set for July 31, 2017 at 10:00 a.m. before Judge Drozd in Courtroom 5. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **May 18, 2017**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE