1  LAW OFFICES OF ANTHONY
   ROBUSTO
2  STATE BAR: 74960
   5200 N. Irwindale Avenue, Suite 170
3  Irwindale, California  91706
   Telephone:  626-814-8669
4  Facsimile:  (626) 337-3593
   Cell: 626-483-9137
5  E-mail:  tony@anthonyrobustolaw.com

6  Attorneys for Defendant
   Richard Olivero IV
7

8                UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:17-cr-00106-DAD-BAM

12            Plaintiff,

13       v.                            STIPULATION AND ORDER TO VACATE
                                       SENTENCING HEARING DATE OF
14  RICHARD OLIVERO IV,                OCTOBER 23, 2017 AND CONTINUE THE
                                       SENTENCING HEARING DATE TO
15            Defendant.               DECEMBER 18, 2017

16

17       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

18  counsel, that the sentencing hearing in the above-captioned matter now set for October 23, 2017,

19  at 10:00am before the Honorable Dale A. Drozd, U.S. District Judge, may be vacated and a new

20  sentencing date may be set for December 18, 2017, at 10:00am before Dale A. Drozd, U.S.

21  District Judge.   The parties agree that the delay resulting from the continuance shall be excluded

22  in the interest of justice.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

Respectfully submitted,
ANTHONY ROBUSTO

Dated: October 15, 2017

Attorney for defendant

By:     /s/ Anthony Robusto

Dated: October 16, 2017

By:     /s/ Ross Pearson
        Ross Pearson
        Assistant United States Attorney
        Attorney for Plaintiff

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the

sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named

defendant currently scheduled for October 23, 2017, is continued until December 18, 2017, at

10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **October 19, 2017**

UNITED STATES DISTRICT JUDGE