| | |
|---|---|
| 1 | LAW OFFICES OF ANTHONY ROBUSTO |
| 2 | STATE BAR: 74960 |
| 3 | 5200 N. Irwindale Avenue, Suite 170<br>Irwindale, California 91706 |
| 4 | Telephone: 626-814-8669<br>Facsimile: 626-337-3593 |
| 5 | Cell: 626-483-9137 |
| 6 | E-mail: tony@anthonyrobustolaw.com |
| 7 | Attorney for Defendant<br>Richard Olivero IV |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD OLIVERO IV,<br><br>Defendant. | Case No. 1:17-cr-00106-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for December 18, 2017 at 10:00 a.m. before the Honorable Dale A. Drozd, U.S. District Judge, may be vacated and a new sentencing date may be set for January 29, 2018 at 10:00 a.m. before Dale A. Drozd, U.S. District Judge.

Counsel for the defendant is scheduled for trial out of town, which will conflict with the sentencing date. The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice.

///

///

///

1

|   |   |   |
|---|---|---|
|   |   | Respectfully Submitted, |
| Dated:  December 14, 2017 |   | /s/ Anthony Robusto |
|   |   | Anthony Robusto |
|   |   | Attorney for Defendant |

| Dated: December 14, 2017 |   | /s/ Ross Pearson |
|---|---|---|
|   |   | Ross Pearson |
|   |   | Assistant U.S. Attorney |
|   |   | Attorney for Plaintiff |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for December 18, 2017, is continued until January 29, 2018, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **December 14, 2017**

UNITED STATES DISTRICT JUDGE