IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD OLIVERO, IV,<br><br>　　　　　　　　Defendant. | CASE NO. 1:17-CR-00106-DAD-BAM<br><br>**SEALING ORDER** |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in the defendant's ex parte application to seal, it is hereby ordered that the supplemental memo to defendant's position re sentencing factors, and defendant's request to seal shall be filed under seal until further order of the court.

　　　　It is further ordered that access to the sealed documents shall be limited to the court, the government and counsel for the defendant.

IT IS SO ORDERED.

Dated: __**January 26, 2018**__　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1